Sullivan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/07
```

-------------------------------------------------------x

JESSE PITT,

Plaintiff,

-against-                                    07-CV-8137 (RJS)

SMITHKLINE BEECHAM CORPORATION,              **STIPULATION AND ORDER**
GLAXOSMITHKLINE and SMITHKLINE
BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE,

Defendants.

-------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED between counsel for the parties

to the above-captioned action, Plaintiff Jesse Pitt, and Defendant SmithKline Beecham

Corporation d/b/a GlaxoSmithKline ("GSK")(improperly named as SMITHKLINE BEECHAM

CORPORATION and GLAXOSMITHKLINE), that the time for Defendant GSK to move, plead

or otherwise respond to the Plaintiff's Complaint is hereby extended thirty (30) days from

October 16, 2007 to November 15, 2007.

Dated: October 3, 2007


_____          _____
David Ratner                              Kenneth J. King (KK 8567)
Victoria J. Maniatis (VM 6388)            PEPPER HAMILTON LLP
MORELLI RATNER PC                         620 Eighth Avenue, 37th Floor
950 Third Avenue                          New York, NY 10018-1405
New York, New York 12550
                                          and
Attorneys for Plaintiff Jesse Pitt
                                          Nina M. Gussack, Esquire
                                          PEPPER HAMILTON LLP
                                          3000 Two Logan Square
                                          18th and Arch Streets
                                          Philadelphia, PA 19103

SO ORDERED
Dated: 10/11/07                           Attorneys for Defendant
          RICHARD J. SULLIVAN             SmithKline Beecham Corporation
          U.S.D.J.                        d/b/a GlaxoSmithKline