Sullivan, J

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JESSE PITT,

          Plaintiff,

   -against-                               07-CV-8137 (RJS)

SMITHKLINE BEECHAM CORPORATION,     **STIPULATION AND ORDER**
GLAXOSMITHKLINE and SMITHKLINE
BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE,

          Defendants.
------------------------------------------------------------x

       IT IS HEREBY STIPULATED AND AGREED between counsel for the parties to the above-captioned action, Plaintiff Jesse Pitt, and Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK")(improperly named as SMITHKLINE BEECHAM CORPORATION and GLAXOSMITHKLINE), that the time for Defendant GSK to move, plead or otherwise respond to the Plaintiff's Complaint is hereby extended thirty (30) days from October 16, 2007 to November 15, 2007.

Dated: October 3, 2007

_____
David Ratner
Victoria J. Maniatis (VM 6388)
MORELLI RATNER PC
950 Third Avenue
New York, New York 12550

Attorneys for Plaintiff Jesse Pitt

_____
Kenneth J. King (KK 8567)
PEPPER HAMILTON LLP
620 Eighth Avenue, 37th Floor
New York, NY 10018-1405

and

Nina M. Gussack, Esquire
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103

Attorneys for Defendant
SmithKline Beecham Corporation
d/b/a GlaxoSmithKline

SO ORDERED
Dated: 10/12/07
_____
RICHARD J. SULLIVAN
U.S.D.J.