UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

JESSE PITT,

            Plaintiff,

    -against-                    07-CV-8137 (RJS)

SMITHKLINE BEECHAM CORPORATION,     STIPULATION AND ORDER
GLAXOSMITHKLINE and SMITHKLINE
BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE,

            Defendants.

------------------------------------x

    IT IS HEREBY STIPULATED by counsel for the above-captioned Plaintiff and

Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK")(also improperly

named as SMITHKLINE BEECHAM CORPORATION and GLAXOSMITHKLINE), that the

time for Defendant GSK to move, plead or otherwise respond to the Plaintiff's Complaint is

hereby extended until 30 days after both final transfer of the case to the MDL and the issuance of

*USDS SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 11/27/07*

a Case Management Order, absent any direction by the Court to the contrary in the Case Management Order.

Dated: November 12, 2007

_____
David Ratner
Victoria J. Maniatis (VM 6388)
MORELLI RATNER PC
950 Third Avenue
New York, New York 12550

Attorneys for Plaintiff Jesse Pitt

_____
Kenneth J. King (KK 3567)
PEPPER HAMILTON LLP
620 Eighth Avenue, 37th Floor
New York, NY 10018-1405

and

Nina M. Gussack, Esquire
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103

Attorneys for Defendant
SmithKline Beecham Corporation
d/b/a GlaxoSmithKline

SO ORDERED.

_____
United States District Judge
Dated: 11/13/07

2